UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABRAHAM CLIFTON SIMPSON, | Case No.: 2:26-cv-00179-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| THE STATE OF NEVADA, et al., | |
| Defendants. | |

Effective December 8, 2025, Nevada Department of Corrections inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody." On February 12, 2026, this Court ordered Plaintiff Abraham Simpson to either pay the full $405 filing fee for this civil action or file a new application to proceed *in forma pauperis* on the correct form. ECF No. 3. Plaintiff did not comply with or respond to the Court's order. The Court will give Plaintiff a second opportunity to address the matter of the filing fee.

It is therefore ordered that Plaintiff has **until July 8, 2026**, to either pay the full $405 filing fee or file an application to proceed *in forma pauperis* by an inmate in NDOC custody.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can address the matter of the required filing fee.

The Clerk of the Court is directed to send Plaintiff Abraham Simpson the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody with instructions, and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: June 8, 2026

_____
UNITED STATES MAGISTRATE JUDGE